

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08CR 1987 BTM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ERNESTO ANGULO-PINA,<br><br>　　　　　Defendant. | )　Criminal Case No. _____<br>)<br>)　I N F O R M A T I O N<br>)<br>)　Title 8, U.S.C., Sec. 1326(a) -<br>)　Deported Alien Found in the<br>)　United States (Felony)<br>)<br>)<br>) |

The United States Attorney charges:

On or about May 12, 2008, within the Southern District of California, defendant ERNESTO ANGULO-PINA, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

DATED: June 17, 2008.

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney

CEM:es:San Diego
6/3/08